| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-6927 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| OLEG TKACHEV,<br>AYKANUSH TATEVOSYAN,<br>ANNA TKACHEVA, | ) <br>) <br>) | C 06-3192 EDL |
| Plaintiffs, | ) <br>) <br>) | |
| v. | ) <br>) | **STIPULATION TO EXTEND DATE OF** |
| MICHAEL CHERTOFF, Secretary of the<br>Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director, U.S.<br>Citizenship and Immigration Services;<br>DAVID STILL, San Francisco District Director;<br>U.S. Citizenship and Immigration Services;<br>ROBERT S. MUELLER, Director of Federal<br>Bureau of Investigation, | ) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) | **CASE MANAGEMENT CONFERENCE;**<br>**AND [~~PROPOSED~~] ORDER**<br>(AS MODIFIED) |
| Defendants. | ) | |

Plaintiffs, by and through their attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to a 60-day extension of the date of the case management conference in the above-entitled action, based on the following:

(1) The plaintiffs have filed applications for naturalization with the United States Citizenship and Immigration Services (USCIS), and were interviewed by USCIS in May of 2005.

(2) The USCIS has not adjudicated the plaintiffs' applications for naturalization because the Federal Bureau of Investigation has not completed a required background check.

STIPULATION TO EXTEND DATE OF CMC; AND [~~PROPOSED~~] ORDER
C06-3192 EDL                                              1

(3) Under 8 U.S.C. § 1447(b), if the USCIS has not adjudicated a naturalization application within 120 days of interviewing the applicant, the applicant may petition the District Court for a hearing on his or her naturalization application, and the District Court may either hold an evidentiary hearing on the naturalization application or remand to USCIS with instructions.

(4) The case management conference (CMC) in this case is scheduled for August 15, 2006.

(5) In light of the reasonable possibility that the FBI may complete the necessary background check of the plaintiffs and that USCIS may adjudicate the naturalization applications within 60 days, the parties hereby jointly ask this Cour to extend the date of the CMC to October 17, 2006, at ~~10:00 a.m.~~ 3:00 p.m.

Date: August 7, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
EDWARD A. OLSEN[1]
Assistant United States Attorney
Attorneys for Defendants

Date: August 7, 2006

/s/
PEGGY SHIH
JUSTIN WANG
Baughman & Wang
Attorneys for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 7, 2006

IT IS SO ORDERED
/s/ Elizabeth D. Laporte
Judge Elizabeth D. Laporte
United States Magistrate Judge

---

[1] I, Edward A. Olsen, attest that both Peggy Shih and I have signed this stipulation.

STIPULATION TO EXTEND DATE OF CMC; AND [~~PROPOSED~~] ORDER
C06-3192 EDL        2