| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-6927 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| OLEG TKACHEV,<br>AYKANUSH TATEVOSYAN,<br>ANNA TKACHEVA, | ) ) ) | C 06-3192 EDL |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **STIPULATION TO EXTEND DEADLINE** |
| MICHAEL CHERTOFF, Secretary of the<br>Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director, U.S.<br>Citizenship and Immigration Services;<br>DAVID STILL, San Francisco District Director;<br>U.S. Citizenship and Immigration Services;<br>ROBERT S. MUELLER, Director of Federal<br>Bureau of Investigation, | ) ) ) ) ) ) ) ) ) | **FOR SUBMITTING A STIPULATION<br>OR COMPETING PROPOSED ORDERS;<br>AND [PROPOSED] ORDER** |
| Defendants. | ) | |

Plaintiffs, by and through their attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to a 14-day extension of the deadline set by this Court at the case management conference to submit a stipulation or competing orders regarding what time frame this Court should direct the United States Citizenship and Immigration Services to adjudicate the plaintiffs' applications for naturalization. The parties agree that reasonable and diligent efforts are being made to complete the required FBI name check and the parties believe that a stipulation can be filed with the Court within fourteen days.

STIPULATION TO EXTEND DEADLINE
C06-3192 EDL                                      1

| | | |
|---|---|---|
| Date: October 31, 2006 | | Respectfully submitted, |
| | | KEVIN V. RYAN<br>United States Attorney |
| | | /s/<br>EDWARD A. OLSEN[1]<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Date: October 31, 2006 | | /s/<br>JUSTIN WANG<br>Baughman & Wang<br>Attorneys for Plaintiffs |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: November 2, 2006

*[Signature: Elizabeth D. Laporte]*
ELIZABETH D. LAPORTE
United States Magistrate Judge

---

[1] I, Edward A. Olsen, attest that both Justin Wang and I have signed this stipulation.

STIPULATION TO EXTEND DEADLINE
C06-3192 EDL                                    2