KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OLEG TKACHEV, <br> AYKANUSH TATEVOSYAN, <br> ANNA TKACHEVA, <br><br>     Plaintiffs, <br><br>     v. <br><br> MICHAEL CHERTOFF, Secretary of the <br> U.S. Department of Homeland Security; <br> EMILIO T. GONZALEZ, Director, <br> U.S. Citizenship and Immigration Services; <br> DAVID STILL, San Francisco District Director; <br> U.S. Citizenship and Immigration Services; <br> ROBERT S. MUELLER, Director <br> of the Federal Bureau of Investigations, <br><br>     Defendants. | No. C 06-3192 EDL <br><br> **STIPULATION TO DISMISS; AND <br> [PROPOSED] ORDER** |

    Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiffs' applications for naturalization and agrees to adjudicate such applications within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

///

Stipulation to Dismiss
C 06-3192 EDL

| | | |
|---|---|---|
| 1 | Date: November 20, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: November 20, 2006

/s/
JUSTIN X. WANG
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: November 20, 2006

IT IS SO ORDERED
Elizabeth D. Laporte
Judge Elizabeth D. Laporte

ELIZABETH D. LAPORTE
United States Magistrate Judge

Stipulation to Dismiss
C 06-3192 EDL